Paul Bick Nguyen
480 N. 1st Street Ste 100
San Jose, CA 95112
408 288 9030

Attorney for Plaintiffs

UNITED STATE BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No.: 08-51470 |
| Frank Le and Cindy Le | Chapter 7 |
| Debtors | |
| Trac N. Vu | Adversary Proceeding No 08-5176 |
| Plaintiff, | Request for Dismissal of Action; Consent by Defendants |
| vs. | |
| Frank Le and Cindy Le | |
| Defendants. | |

To the Honorable Roger Efremsky Judge of the Bankruptcy Court:

Plaintiff Trac N. Vu through his attorney Paul Bick Nguyen hereby requests that the above-mentioned action be dismissed in its entirety against the defendants without prejudice.

Date: November 13, 2009                     Respectfully submitted,

                                            /s/ Paul Bick Nguyen
                                            Paul Bick Nguyen, Attorney for Plaintiff

Defendants Frank Le and Cindy Le through their attorney Hien Doan hereby consent to the request for dismissal. Furthermore, they waive all fees and cost.

Date: November 23, 2009                     /s/ Hien D. Doan, Esq.
                                            Hien Doan, Attorney for Defendants